# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KEVIN JAY LONG,  )
        Plaintiff,  )
  )
  )
vs.  )
  )
  )
POLICE OFFICER  )
MARTIN A. VOGEL (D.O.B. = 11/30/62; )
S.S. # = 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;  )
C.P.D. Star = 6693),  )
  )
POLICE OFFICER  )
LOUIS A. RANGEL (D.O.B. = 4/22/64;  )
S.S. # = 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;  )
C.P.D. Star = 18839),  )
  )
SISTER BERNADETTE MATHEISON,  )
  )
EMERY JOSEPH YOST  )
(D.O.B. = 5/1/64;  )
S.S. # = 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),  )
  )
JOHN YOST  )
(D.O.B. = 10/11/66;  )
S.S. # = 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),  )
  )
JOSEPH PATRICK MCCAFFERY  )
(A.R.D.C. # = 6206097),  )
  )
NORMA L. WATERS,  )
  )
KATHLEEN WATERS,  )
        Defendants.  )

No. 04C 4581

JUDGE GOTTSCHALL

MAGISTRATE JUDGE ASHMAN

DOCKETED

JUL 1 3 2004

---

*This nation is peaceful, but fierce when stirred to anger. This conflict was begun on the timing and terms of others; it will end in a way and at an hour of our choosing.*

President George W. Bush at a Washington Memorial Service for those who perished in the 9/11/01 terrorist attack on America

*[Chicago] Police Supt. Terry Hillard said the department must be vigilant against crooked cops. "I know for a fact we have some police officers who should not be police officers, and we are very aggressively going after [them] ... ," Hillard said. "We have to continually seek out those [police officers] ... who want to taint the badge, who don't want to adhere to the oath."*

Chicago Tribune, 2/7/03

# VERIFIED COMPLAINT

## INTRODUCTION

I seek redress for contravening my rights under the Privacy Act of 1974 (5 U.S.C. §522a), false light invasion of privacy, defamation, false arrest/false imprisonment, malicious prosecution, civil conspiracy, and intentional infliction of emotional distress in violation of Federal and Illinois law. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, I request a jury trial.

## JURISDICTION/VENUE

I bring this action pursuant to 42 U.S.C. §1983 to redress deprivations of my constitutional and civil rights committed under color of state law. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331(a), §1343(3), §1367, 5 U.S.C. §522a(g)(1), and 5 U.S.C. §522a(g)(5), and has pendent jurisdiction to entertain claims arising under state law.

Pursuant to 28 U.S.C. §1391 and 5 U.S.C. §522a(g)(5), venue is proper in the Northern District of Illinois; it is where the events complained of occurred.

## PARTIES

A.  At all relevant times, I was a United States citizen and an Illinois resident.

B.  Defendant Martin A. Vogel (VOGEL) (D.O.B. = 11/30/62; S.S. # = 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; C.P.D. Star = 6693) at all relevant times was a duly appointed Chicago Police Officer who was acting in his individual capacity, under color of state law, and within the scope of his employment. I sue him in his individual capacity.

C.  Defendant Louis A. Rangel (RANGEL) (D.O.B. = 4/22/64; S.S. # = 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; C.P.D. Star = 18839) at all relevant times was a duly appointed Chicago Police Officer who was acting in his individual capacity, under color of state law, and within the scope of his employment. I sue him in his individual capacity.

D.  Defendant Sister Bernadette Matheison (MATHEISON) at all relevant times was the Principal of Our Lady of Victory School, a United States citizen, and an Illinois resident.

E.  Defendant Emery Joseph Yost (EMERY) (D.O.B. = 5/1/64; S.S. # = 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) at all relevant times was a United States citizen and an Illinois resident.

F.  Defendant John Yost (JOHN) (D.O.B. = 10/11/66; S.S. # = 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) at all relevant times was a United States citizen and an Illinois resident.

G.  Defendants EMERY and JOHN are brothers.

H.  Defendant Joseph Patrick McCaffery (McCAFFERY) (A.R.D.C. # = 6206097) at all relevant times was a United States citizen and an Illinois resident.

I.  Defendant Norma L. Waters (NORMA) at all relevant times was a United States

citizen and an Illinois resident.

J.      Defendant Kathleen Waters (KATHY) at all relevant times was a United States citizen and an Illinois resident.

K.      Defendants NORMA and KATHY are mother and daughter, respectfully.

## FACTS

L.      On 7/15/01, Defendants NORMA and KATHY, and I argued in a public park. Within a few minutes, Defendants NORMA and KATHY reported to the police the details of the argument. Neither Defendants NORMA and KATHY nor their 3 witnesses told the police that I had "got in her face" (referring to Defendants NORMA and KATHY). Since no crime had been committed, the Cook County State's Attorney elected not to file charges against me.

M.      On 1/8/02 (i.e., 6 months later), Defendants NORMA and KATHY changed their story by lying to 2 detectives that I had "got in their faces" during our argument. Consequently, I was charged with misdemeanor disorderly conduct.

N.      After the supervising prosecutor interviewed Defendants NORMA and KATHY, he properly determined that they lacked credibility and consequently dismissed the charges.

O.      Defendants NORMA and KATHY acted with malice (i.e., reckless disregard for the truth), because they knew I had not committed a crime; consequently, probable cause was absent.

P.      I was falsely imprisoned for approximately 7 hours, because of Defendants NORMA and KATHY.

Q.      On 7/13/03 (3:00 a.m.), Defendant JOHN was following me in his van while I walked my dog. Fearing for my safety, I asked a neighbor, Nancy, to call the police. Then, Defendant JOHN exited his van, ran to Nancy, and told her "This guy is Kevin Long; he lives down this street in the condominiums. He is a sex offender and child molester." Defendant JOHN's slanderous per se offensive remarks were made with knowledge of their falsity, with actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

R.      On or about 7/15/03, I was informed that Defendant EMERY was telling people, including Chicago Police Officer Michael J. McDermott (McDermott) (Star = 9813; D.O.B. = 11/2/62; S.S. # = 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) and Defendants NORMA and KATHY, that "Kevin Long is a sex offender, pedophile, and child molester."

S.      The Chicago Police Department maintains arrestees' photographs.

T.      As a result of being arrested for a crime that police officer McDermott manufactured,[1] the Chicago Police Department maintains my photograph.

---

[1] After representing myself for almost two years, I prevailed on a Motion for a Directed Finding and, thus, was acquitted of police officer McDermott's manufactured crime.

U.   On 8/3/03, Defendants VOGEL and RANGEL independently and unlawfully accessed my computerized photograph at the Chicago Police Department for absolutely no justifiable reason.

V.   On or about 8/15/03, Defendant RANGEL, on information and belief, provided Defendant MATHEISON with slanderous material concerning me. In fact, on 6/1/04, Defendant MATHEISON divulged that Defendant RANGEL provided the offending material.

W.   On information and belief, Defendant RANGEL specifically instructed Defendant MATHEISON not to include my name in her publication so she could not be successfully sued for defamation. Thus, Defendant RANGEL's slanderous per se offensive remarks were made with knowledge of their falsity, with actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

X.   Between 8/16/03 and on or about 8/25/03, Defendant VOGEL, without obtaining my written consent or other lawful authorization, intentionally and maliciously disclosed the contents of Privacy Act protected records (i.e., my arrest photograph) to the public by posting it throughout my neighborhood attached to, according to Defendant VOGEL, at least 300 bright orange signs containing the following libelous language in English and Polish:

>   ALERT     ALERT     ALERT
>   ATTENTION ALL PARENTS!!!!!
>   The person on [sic] this picture shows great interest in little children.
>   Be very carefull [sic], [sic] do not let your children play or talk with this
>   individual!!!!

Y.   Defendant VOGEL intentionally published his libelous signs to discredit me, damage my reputation, invade my privacy by putting me in a false light, and proximately cause me severe emotional distress. Defendant VOGEL's libelous offensive publication was made with knowledge of its falsity, with actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

Z.   On or about 8/25/03, Defendant MATHEISON published a libelous memo, using Defendant RANGEL's slanderous material, entitled *Specific Safety Concerns*[2] that she sent home with each of her school's 250 students. The first paragraph of Defendant MATHEISON's libelous memo was written of and concerning me and, in fact, refers to me.

AA.  On 8/27/03, a neighbor, Patty Ridge, told me that Defendant KATHY told her and other parents at Our Lady of Victory School that "Kevin Long is a sex offender. Keep your children away from him!" Defendant KATHY's slanderous per se offensive remarks were made with knowledge of their falsity, actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

BB.  During a tape-recorded interview on 9/17/03 with Agent Jerry Garcia from the

---

[2]     See attached Exhibit.

Chicago Police Department's Internal Affairs Division, Defendant VOGEL verified that Defendant MATHEISON's libelous memo referred to me.

CC. On 9/24/03 (5:30 p.m.), Defendant RANGEL assaulted me at the corner of Wilson and Milwaukee Avenue by stating "Kevin, you better stay away from those kids; otherwise, I'm going to kick your ass.... Stay away from the kids, asshole!" As a result, I filed both a police report and a complaint against him with the Chicago Police Department's Internal Affairs Division.

DD. On 10/7/03 (10:09 a.m.), Defendant McCAFFERY admitted in a tape-recorded message to me that he was responsible for defaming me. Specifically, he said "Mr. Yost is not the one who said you are a pedophile; that was me." Defendant McCAFFERY's slanderous per se offensive remarks were made with knowledge of their falsity, actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

EE. On or about 10/8/03, Defendant VOGEL was disciplined by the Chicago Police Department's Internal Affairs Division for violating 5 U.S.C. §552a (b), Departmental Rule 2 (i.e., conduct that discredits the Department), Departmental Rule 6 (i.e., disobeying an order), and Departmental Rule 41 (i.e., disseminating Departmental records).

FF. On 10/11/03, Defendant RANGEL signed a false misdemeanor assault complaint against me after manufacturing the offense. He acted with malice (i.e., reckless disregard for the truth), because he knew I had not committed a crime; consequently, probable cause was absent.

GG. I was falsely imprisoned for approximately 6 hours for Defendant RANGEL's manufactured offense.

HH. On or about 10/15/03, Defendant RANGEL, on information and belief, told Scott Ridge and others to "stay away from Kevin Long because he is dangerous." Defendant RANGEL's slanderous offensive remark was made with knowledge of its falsity, with actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

II. On 11/15/03, Defendant VOGEL signed a false misdemeanor reckless conduct complaint against me after manufacturing the offense. He acted with malice (i.e., reckless disregard for the truth), because he knew I had not committed a crime; consequently, probable cause was absent.

JJ. I was falsely imprisoned for approximately 5.5 hours for Defendant VOGEL's manufactured offense.

KK. Defendants RANGEL, VOGEL, NORMA, and KATHY actively instigated and were the legal cause of my criminal proceedings for assault, reckless conduct, and disorderly conduct, respectfully. They repeatedly appeared in court to testify falsely and prosecute me maliciously.

LL. At all relevant times, I had a clearly established right to be free from arrest devoid of probable cause.

MM. On 3/5/04, Patricia Genovese told me that Defendant NORMA told her on at least 2 different occasions[3] to "[b]e careful of Kevin Long, because he's a pedophile." Defendant NORMA's slanderous per se offensive remarks were made with knowledge of their falsity, actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

NN. On or about 4/20/04, Defendant VOGEL, on information and belief, told April Adams that "Kevin Long is a sex offender, child molester, and pedophile." Defendant VOGEL's slanderous per se offensive remarks were made with knowledge of their falsity, actual malice, and invaded my privacy by putting me in a false light. Hence, punitive damages are warranted.

OO. Defendants RANGEL, VOGEL, KATHY, and NORMA intentionally contravened my constitutional rights under color of law.

PP. Defendants RANGEL, VOGEL, KATHY, and NORMA deprived me of my right to be free from unlawful arrest, imprisonment, seizure, and detention as secured by the 4th and 14th Amendments to the United States Constitution and Article I, §6 of the Illinois Constitution.

QQ. Defendants RANGEL, VOGEL, KATHY, and NORMA's unlawful acts were done intentionally, maliciously, willfully, recklessly, and oppressively to both harass and deprive me of my constitutional rights under federal and Illinois law.

RR. Defendants' unlawful, extreme, offensive, and outrageous acts were done intentionally, maliciously, willfully, recklessly, and oppressively to proximately defame me, cause me severe emotional distress, and invade my privacy by putting me in a false light.

SS. Defendants VOGEL, RANGEL, McCAFFERY, NORMA, KATHY, JOHN, and EMERY criminally conspired by agreeing to participate in a common scheme to cause me severe emotional distress, defame me, and invade my privacy by putting me in a false light.

TT. As a direct and proximate consequence of Defendants' malicious wrongdoing/harassment, I suffered and continue to suffer substantial damages, including but not limited to, severe emotional trauma, mental anguish, insult, damaged reputation, loss of income, embarrassment, humiliation, limitations on my freedom of movement pursuant to the terms of my bond, and out-of-pocket expenses.

## COUNTS[4]

1. Violation of Privacy Act of 1974, 5 U.S.C. §522a, Against Defendant VOGEL

2. Deprivation of Civil Rights, 42 U.S.C. §1983, Against Defendants RANGEL, VOGEL, KATHY, and NORMA

---

[3] The most recent occurrence was in 11/03.

[4] All previous paragraphs should be included by reference for each of the following Counts.

3.     Federal Claim: False Arrest/False Imprisonment Against Defendants RANGEL, VOGEL, KATHY, and NORMA

4.     State Claim: False Arrest/False Imprisonment Against Defendants RANGEL, VOGEL, KATHY, and NORMA

5.     State Claim: Libel Per Se Against Defendant VOGEL

6.     State Claim: Slander Per Se Against Defendants VOGEL, JOHN, EMERY, McCAFFERY, NORMA, KATHY

7.     State Claim: Slander Against Defendant RANGEL

8. through 258.      State Claim: Libel Against Defendant MATHEISON

259.     State Claim: Invasion of Privacy by Putting Me in a False Light Against All Defendants

260.     State Claim: Malicious Prosecution, Pursuant to 735 ILCS 5/13-202, Against Defendants RANGEL, VOGEL, KATHY, and NORMA

261.     State Claim: Intentional Infliction of Emotional Distress Against All Defendants

262.     State Claim: Civil Conspiracy for Defamation Against Defendants VOGEL, RANGEL, McCAFFERY, NORMA, KATHY, JOHN, and EMERY

263.     State Claim: Civil Conspiracy for Invasion of Privacy by Putting Me in a False Light Against Defendants VOGEL, RANGEL, McCAFFERY, NORMA, KATHY, JOHN, and EMERY

264.     State Claim: Civil Conspiracy to Intentionally Cause Emotional Distress Against Defendants VOGEL, RANGEL, McCAFFERY, NORMA, KATHY, JOHN, and EMERY

THEREFORE, I demand a jury trial and respectfully request that this Court award the following to me and against Defendants, jointly and severally:

I.      $100,000.00 judgment for compensatory damages;
II.     Pre- and post judgment interest;
III.    Judgment for punitive damages in an amount that will punish Defendants and deter them from engaging in similar conduct;
IV.    Costs of this action; and
V.     Injunctive Relief: Defendants are to stop defaming and harassing me instanter.

Respectfully submitted,

_____

Kevin Jay Long
Pro Se

*[handwritten note at top: This was sent home with each of the school's 250 Students. SAVE ETHi]*

*[stamp: RECEIVED 8 27 03]*



## OLV memo

*Always be ready with an answer when they ask you the reason for your hope. I Peter 3:15*

# <u>Specific Safety Concerns</u>

Dear Parents/guardians,

1. The following is a description of a person about whom <u>concerns</u> have been voiced in the area of Wilson Park: Male, Caucasian, about 6', 160 lbs, dark brown hair, in late his late 30's, usually is wearing thick glasses. While this person is not known to have hurt anyone, he has displayed some behaviors in public to which we would not want our children exposed. If you see someone in the school vicinity with this description and displaying unusual behavior, please notify the school office.

2. <u>Dismissal Procedure:</u> Our children up to fourth grade will wait in line with their teacher at dismissal. It is important that contact be made with the teacher before the child leaves. If a child is walking, (s) he must let the teacher know by making eye contact with the teacher and receiving permission to go. If an older sibling or parent is getting the child, we ask that contact also must be made with the child's teacher. All children not picked up by 2:45 will be escorted to EDP. Thank you for your help in providing a safe environment for our children.

3. Emergency Forms – we must have them in the office immediately.

4. If you are walking your child into school and leaving your car in the parking lot, please lock your door and put all purses and valuables out of sight.

5. We are in the process of investigating security camera systems (exterior and interior) for the school. It is likely that it will be less expensive to purchase the system and install the system ourselves. If you are able to help with this in any way, please call Sister Bernadette @ 283-2229.

6. Thank you for your vigilance with directly checking in at the school office for a visitor's pass!

*Sister Bernadette d*

#2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir~ by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Long | Vogel, et al. |

04 JUL 12 PM 3:41

U.S. DISTRICT COURT

DOCKETED

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____ Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOL~

(c) Attorney's (Firm Name, Address, and Telephone Number)

JUL 1 3 2004

Kevin Jay Long
4572 N. Milwaukee Ave. (Suite 5B)
Chicago, IL 60630-3745

04C 4581

JUDGE GOTTSCHALL

MAGISTRATE JUDGE ASHMAN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plain
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DE |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization A |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Inj. | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

Appeal to District Judge from Magistrate Judgment

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

5 U.S.C. 522(a)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. This case

☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case _____, previously dismissed by Judge _____ #2

DATE 7/12/04

SIGNATURE OF ATTORNEY OF RECORD _____ Pro Se π

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

LONG v. Vogel, et al.

FILED-2004
17:6 Hd 21 70r 40
U.S. D...

Case 04C 4581

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: Pro Se T

Plaintiff

JUDGE GOTTSCHALL

MAGISTRATE JUDGE ASHMAN

DOCKETED

| (A) | | | (B) | | | |
|---|---|---|---|---|---|---|
| **SIGNATURE** | | | **SIGNATURE** JUL 1 3 2004 | | | |
| **NAME** Kevin JAY LONG | | | **NAME** | | | |
| **FIRM** PRO-SE | | | **FIRM** | | | |
| **STREET ADDRESS** 4572 N. milwaukee Ave | | | **STREET ADDRESS** Ste #5 B | | | |
| **CITY/STATE/ZIP** CHICAGO, IL 60630-3745 | | | **CITY/STATE/ZIP** | | | |
| **TELEPHONE NUMBER** | **FAX NUMBER** | | **TELEPHONE NUMBER** | | **FAX NUMBER** | |
| **E-MAIL ADDRESS** | | | **E-MAIL ADDRESS** | | | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | | |
| **MEMBER OF TRIAL BAR?** | YES ☐ | NO ☑ | **MEMBER OF TRIAL BAR?** | YES ☐ | NO ☐ | |
| **TRIAL ATTORNEY?** | YES ☐ | NO ☑ | **TRIAL ATTORNEY?** | YES ☐ | NO ☐ | |
| | | | **DESIGNATED AS LOCAL COUNSEL?** | YES ☐ | NO ☐ | |
| (C) | | | (D) | | | |
| **SIGNATURE** | | | **SIGNATURE** | | | |
| **NAME** | | | **NAME** | | | |
| **FIRM** | | | **FIRM** | | | |
| **STREET ADDRESS** | | | **STREET ADDRESS** | | | |
| **CITY/STATE/ZIP** | | | **CITY/STATE/ZIP** | | | |
| **TELEPHONE NUMBER** | **FAX NUMBER** | | **TELEPHONE NUMBER** | | **FAX NUMBER** | |
| **E-MAIL ADDRESS** | | | **E-MAIL ADDRESS** | | | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | | | |
| **MEMBER OF TRIAL BAR?** | YES ☐ | NO ☐ | **MEMBER OF TRIAL BAR?** | YES ☐ | NO ☐ | |
| **TRIAL ATTORNEY?** | YES ☐ | NO ☐ | **TRIAL ATTORNEY?** | YES ☐ | NO ☐ | |
| **DESIGNATED AS LOCAL COUNSEL?** | YES ☐ | NO ☐ | **DESIGNATED AS LOCAL COUNSEL?** | YES ☐ | NO ☐ | |