




O'Hagan, Smith & Amundsen
Attorneys at Law
150 North Michigan Avenue • Suite 3300
Chicago, IL 60601
Ph. 312.894.3200 • Fx. 312.894.3210

DOCKETED
SEP 2 1 2004

*Gerald V. Cleary, III*
*Direct Line: (312) 894-3226*
*E-mail address: gcleary@osalaw.com*

September 10, 2004

FILED
SEP 1 4 2004
JUDGE JOAN B. GOTTSCHALL
United States District Court

Mr. Kevin Jay Long
4572 North Milwaukee Avenue – Suite 5B
Chicago, IL 60630-3745

Re: Long v. Vogel, et al.
Court No.: 04 CV 4581

Dear Mr. Long:

Enclosed please find three copies of the service of summons in the above-captioned matter.

Very truly yours,

O'HAGAN, SMITH & AMUNDSEN, L.L.C.

Gerald Cleary

Gerald V. Cleary, III

GVC/af



Long V. Vogel, which is case number 04 C 4581

(Caption of Action) (Docket Number)

in the United States District Court for the Northern District of Illinois.

FILED
SEP 14 2004
JUDGE JOAN B. GOTTSCHALL
United States District Court

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of a service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided for by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 8/27/04 (Date), or within 90 days after that date if the request was sent outside the United States.

September 3, 2004 (Date) Sister Bernadette Mathiesen (Signature)

Printed/Typed Name: Sister Bernadette Mathiesen CP

, ____________ of ____________

(Title) (Corporate Defendant)

**Duty to Avoid Unnecessary Costs of Service of Summons**

of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons aplaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United o waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure and return the waiver.

: good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in oper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), y later object to the jurisdiction of the court or to the place where the action has been brought.